UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SINTORRI LESANE MIRANDA,   Case No. 2:23-cv-00739-MTK

    Petitioner,   **JUDGMENT**

v.

DAVID PEDRO,

    Respondent.

---

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's Motion for Voluntary Dismissal (ECF No. 44) is GRANTED and this action is DISMISSED without prejudice.

Dated this 5th day of September 2025.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge